MD 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2012 AUG 21 A 9: 54

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

Kelvin M. Pitts 220317
Full name and prison name of
Plaintiff(s)

v.

L. Callaway
Warden Leon Bolling
Sgt. Charls Ross
Sgt. Lucas
Officer Casey Jiles et al.

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:12-CV-722-TMH
(To be supplied by Clerk of U.S. District
Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff (s) _NA_

         Defendant(s) _NA_

      2. Court (if federal court, name the district; if state court, name the county)

         _NA_

3. Docket number _____ N A _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Elmore Correctional Facility 3520 Marion Spillway Road, Elmore, AL. 36025_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Elmore Correctional, Dorm B-7 and Shift Commanders office_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | LT. Callaway | |
| 2. | Sgt. Charles Ross | |
| 3. | Sgt. Lucas | |
| 4. | Officer Casey Jiles | |
| 5. | Warden Leon Bolling | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _August 1st 2012 Time 9:30 Am._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _On and about 9:30 A.m. on 8/1/12 Officer Casey Jiles, questioned me about a_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Cell Phone, then Snatched on me and Commenced beating on me in front of several witnesses then; First Assault - Slamed inmate head against the wall then pulled me outside and continued to hit me, then we started fighting, then I ran to the Shift office.

GROUND TWO: After Being hand cuffed and taken to the Shift office I was experience the Second Assault. At the Shift office all defendants Attacked me.

SUPPORTING FACTS: This Time, I was brutally held down beatened and cased in the Ribs by Officer Jiles, Lt. Callaway, Sgt Lucas, Sgt. Ross, which was uncalled for.

GROUND THREE: Then they Charged me with Failure to obey a Direct order., Second Charge Possession of Contraband

SUPPORTING FACTS: Exhibit A - Affidavits of Charges.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

$350,000 for Punitive Damages, Police Brutality, Assault and Injurys, Criminal Charges brought on by each and every person Involved in this Incident.

X Kelvin Pitts 220317
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on X 8/19/12
(Date)

X Kelvin Pitts #220317
Signature of plaintiff(s)

Kelvin Pitts # 220317
Elmore Correctional Facility -B-I
3520 Marion Spillway Road
Elmore, Alabama 36025



U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Al. 36101711

Legal Mail