# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

KELVIN PITTS, #220317,                  :
                                        :
    Plaintiff,          :
                                        :
vs.                                     : CIVIL ACTION NO. 2:12-CV-722-MHT
                                        :
LT. CALLAWAY, et. Al.,                  :
                                        :
    Defendants.         :

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Patrick Lucas, who being known to me and being by me first duly sworn, deposes and says the following.

My name is Patrick Lucas. I am currently employed with the Alabama Department of Corrections as a Correctional Sergeant at Elmore Correctional Facility in Elmore, Alabama. I am over twenty-one (21) years of age.

On August 1, 2012 at approximately 9:45am I heard a call for assistance from Officer Casey Jiles in B1-Dorm. When I arrived at B1-Dorm I observed inmate Kelvin Pitts B/220317 coming out of the dorm and Officer Jiles was close behind him. Inmate Pitts immediately threw both hands in the air and myself and Sgt. Charles Ross escorted him to the Shift Office. Once in the Shift Office Sgt. Ross reported the incident to Lt. Rolanda Calloway. As we were attempting to question inmate Pitts in referece to the incident he became loud and aggressive. Sgt. Ross gave him several orders to to be quiet and turn around and place his hands behind his back. Inmate Pitts verbally refused to



EXHIBIT
3
PENGAD 800-631-6989

comply. Sgt. Ross and I attempted to force inmate Pitts' hands behind his back to be handcuffed. Inmate Pitts pulled away and I grasped his right arm and Sgt. Ross secured his left arm and we forced him to the ground and forced his hands behind his back and Sgt. Ross put handcuffs on him. I assisted Sgt. Ross in escorting inmate Pitts to the Backgate to be transported to Staton Health Care Unit for a Body Chart.

I deny these allegations and at no time was inmate Pitts held down, attacked and beaten.

_____
PATRICK LUCAS

**STATE OF ALABAMA:**

**COUNTY OF ELMORE:**

**Sworn to and subscribed before me, and given under my hand and official seal, on this**

the _____28th_____ day of ___August_____ , 2012.

_____
NOTARY PUBLIC

My Commission expires ___2-4-2015_____