### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

KELVIN PITTS, #220317,           :

      Plaintiff,             :

vs.                    :  CIVIL ACTION NO. 2:12-CV-722-MHT

LT. CALLAWAY, et. Al.,      :

      Defendants.       :

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Rolanda Calloway, who being known to me and being by me first duly sworn, deposes and says the following.

My name is Rolanda Calloway. I am currently employed with the Alabama Department of Corrections as a Correctional Lieutenant at Elmore Correctional Facility in Elmore, Alabama. I am over twenty-one (21) years of age.

On August 1, 2012 at approximately 9:50 am Sergeants Patrick Lucas and Charles Ross along with Officer Casey Jiles entered the Shift Office with inmate Pitts. Myself, Sgt.'s Lucas and Ross attempted to question inmate Pitts concerning an incident involving him and Officer Jiles in B-Dorm where Officer Jiles was conducting a shakedown of inmates Pitts' property when inmate Pitts retrieved a cell phone from his locker box and threw it across the dorm. During the questioning inmate Pitts became loud and started aggressively yelling, "I ain't did nothing! I ain't never gave ya'll no problems!" Sgt. Ross ordered inmate Pitts to stop yelling and to turn and face the wall with his hands behind


PENGAD 800-631-6989

EXHIBIT
5

his back to be handcuffed. Inmate Pitts refused to comply. Inmate Pitts yelled, "I ain't gonna do that! I ain't had no phone man! I ain't did nothing!" Sgt. Ross grasped inmate Pitts by his left arm and Sgt. Lucas grasped inmate Pitts by his right arm and attempted to force inmate Pitts' hands behind his back to be handcuffed. Inmate Pitts forcefully attempted to pull away. Sgt. Ross and Sgt. Lucas applied pressure with their hands to the center of his back and forced inmate Pitts to the floor. Sgt. Ross secured handcuffs on inmate Pitts' wrist. I took photographs of inmate Pitts then instructed  Sgt. Ross and Sgt. Lucas to escort inmate Pitts to the Backgate. Upon arrival at the Backgate inmate Pitts was transported to Staton's Health Care Unit for a medical examination.

Inmate Pitts received a medical evaluation immediately after the incident. The medical documentation did not reveal any marks, bruises, swelling, abrasions or scratches on inmate Pitts. The allegations made by inmate Pitts are false and without merit. I deny participating in or witnessing anyone else hold inmate Pitts down and beat him.

ROLANDA CALLOWAY

STATE OF ALABAMA:

COUNTY OF ELMORE:

Sworn to and subscribed before me, and given under my hand and official seal, on this the _____28th_____ day of _____August_____, 2012.

NOTARY PUBLIC

My Commission expires _____2-4-2015_____